IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01485-MSK-MJW

ERIKA WONG,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.,
TILE PERFECT, INC., and
HOME DEPOT U.S.A., INC.,

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on the Motion to Stay Proceedings Pending Transfer Decision **(#11)** filed August 14, 2006.

The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion to Stay Proceedings Pending Transfer Decision **(#11)** is **DENIED**, without prejudice.

Dated this 15th day of August, 2006.

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge