THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01485-MSK-MJW

ERIKA WONG,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.,
TILE PERFECT, INC., and
HOME DEPOT U.S.A., INC.,

    Defendants.

---

**ORDER** (Docket No. 17)

THIS MATTER having come before the Court on Plaintiff's Motion for Leave to Amend Complaint and Add Defendants, and the Court being fully advised in the premises,

DOTH ORDER that the Plaintiff's Motion is granted and the Amended Complaint shall be filed with the Court by September 15, 2006.

DONE this 11th day of September, 2006.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

1