IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01485-MSK-MJW

ERIKA WONG,

        Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.,
TILE PERFECT, INC., and
HOME DEPOT U.S.A., INC.,

        Defendants.

---

## ORDER DENYING MOTION TO STRIKE, AS MOOT

---

THIS MATTER comes before the Court on the Defendants' Motion to Strike Punitive

Damages Claim **(#9)**.  The motion pertains to Claim 6 of the original Complaint **(#1-2)**, which has

since been superceded by the Amended Complaint **(#21)**.  The Amended Complaint contains no

claim for punitive damages.

**IT IS THEREFORE ORDERED** that the motion to strike **(#9)** is **DENIED**, as moot.

Dated this 17th day of October, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge