IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01485-MSK-MJW

ERIKA WONG,

Plaintiff(s),

v.

ROANOKE COMPANIES GROUP, INC., d/b/a TILE PERFECT, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Hold the October 6, 2006, Order Setting Planning/Scheduling Conference in Abeyance Pending Ruling on Defendants' Motion for Consolidation and Coordination before the Judicial Panel on Multidistrict Litigation ("MDL") (docket no. 41) is GRANTED for those reasons as stated in the subject motion.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on November 13, 2006, at 9:30 a.m. is VACATED.

It is FURTHER ORDERED that the parties shall file a joint written status report with the court on the first day of each month beginning December 1, 2006.  The joint written status report shall inform this court on the status of the outstanding motions pertaining to this case that are pending before the MDL Panel.  If the parties receive rulings from the MDL Panel on such motions prior to December 1, 2006, then the parties shall forthwith file their joint written status report.

It is FURTHER ORDERED that this case is STAYED until further Order of Court except that Defendant Innovative Chemical Technologies, Inc., shall file their Answer or otherwise defend by November 14, 2006, as previously ordered by this court.

Date:  November 3, 2006