IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01485-WYD-MEH

ERIKA WONG,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC., d/b/a TILE PERFECT, INC.;
HOME DEPOT U.S.A., INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.;
AEROFIL TECHNOLOGY, INC.;
SLR, INC., d/b/a EASY CARE PRODUCTS,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties', Plaintiff Erika Wong and Defendant Innovative Chemical Technologies, Inc., Stipulated Motion for Dismissal filed on July 20, 2010 [ECF No. 112]. Based on that stipulation, it is

ORDERED that all claims against Defendant Innovative Chemical Technologies, Inc. are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

Dated this 4th day of August, 2010.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE