IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01485-WYD-MEH

ERIKA WONG,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC., d/b/a TILE PERFECT, INC.;
HOME DEPOT U.S.A., INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.;
AEROFIL TECHNOLOGY, INC.;
SLR, INC., d/b/a EASY CARE PRODUCTS,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on Defendants Innovative Chemical Technologies, Inc., and Ortec, Inc.'s Stipulated Motion for Dismissal with Prejudice [ECF No. 132]. The Court, having reviewed the motion and being fully advised in the premises, hereby

ORDERS that the motion is **GRANTED**. In accordance therewith, Defendant Ortec's cross-claims against Defendant Innovative Chemical Technologies, Inc. are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

Dated: October 19, 2010

BY THE COURT:

s/ Wiley Y. Daniel

Wiley Y. Daniel

Chief United States District Judge