IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01485-WYD-MEH

ERIKA WONG,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC., d/b/a TILE PERFECT, INC.;
HOME DEPOT U.S.A., INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.;
AEROFIL TECHNOLOGY, INC.;
SLR, INC., d/b/a EASY CARE PRODUCTS,

    Defendants.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

THIS MATTER comes before the Court on Plaintiff and Defendants' Stipulated Motion to Dismiss With Prejudice. The Court hereby

ORDERS that the motion is **GRANTED.** In accordance therewith the above-captioned action is dismissed **WITH PREJUDICE**, with each party to bear its own costs and fees.

Dated: October 26, 2010

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel

                                      Wiley Y. Daniel

                                      Chief United States District Judge